IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER DESMOND, | § | |
| | § | No. 115, 2021 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 91009844DI (N) |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: May 28, 2021
Decided: June 7, 2021

### **ORDER**

On May 11, 2021, the Senior Court Clerk issued a notice, sent by certified mail, directing the appellant, Christopher Desmond, to show cause why his appeal should not be dismissed for his failure to pay the Supreme Court filing fee or filing a motion to proceed *in forma pauperis*. Postal records show that Desmond received the notice to show cause on May 17, 2021. A timely response to the notice to show cause was due on or before May 27, 2021. To date, Desmond has not paid the Supreme Court filing fee, filed a motion to proceed *in forma pauperis*, or responded to the notice to show cause. Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice